UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BUDGET BLINDS, INC.**<br>    **Plaintiff,**<br>    v.<br>**MITCH POOL,**<br>    **Defendant.** | **Case No.: 13-CV-5587 YGR**<br>**ORDER CONTINUING COMPLIANCE HEARING, REQUIRING PERSONAL APPEARANCES** |

On March 13, 2014, the parties in the above-styled action filed a notice of conditional settlement. (Dkt. No. 14.) To provide a method of tracking the case through its final disposition, on March 21, 2014 the Court set a compliance hearing for April 25, 2014. (Dkt. No. 15 ("March 21 Order").) The Court's March 21 Order required the parties to file "either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply" at least five business days before the date of the compliance hearing. (*Id.* (emphasis in original).) The parties' submission therefore was due no later than April 18.

On April 17, the parties filed a joint statement detailing the parties' efforts to finalize their settlement agreement and representing that the settlement agreement was expected to be executed "within the next few days" and that the parties would "then promptly file a stipulated dismissal of all claims in this action." (Dkt. No. 16.) The parties requested a continuance of the compliance hearing to May 9, 2014 or later. (*Id.*) The Court granted that request and continued the compliance hearing to May 9. (Dkt. No. 17.) Accordingly, pursuant to the Court's March 21 Order, the parties' Stipulation

of Dismissal or their next Joint Statement was due May 2.  That date has passed and the parties have filed nothing.

The Court **CONTINUES** the May 9 compliance hearing to its 9:01 a.m. Calendar on **Friday, May 16, 2014**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.  The Court **ORDERS** counsel for both parties to appear in person at the compliance hearing accompanied by a party representative with full settlement authority.

If the parties file a Stipulation of Dismissal on or before **Wednesday, May 14, 2014**, the compliance hearing will be taken off calendar and, accordingly, no appearances shall be required.

**IT IS SO ORDERED**.

Date:  May 8, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**